

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Eduardo Cavendish d/b/a Vanguard Portable Solutions, Inc., Appellant

No. 06-14-00023-CV      v.

Atashi Town Homes, LLC, Appellee

Appeal from the County Court at Law of Rockwall County, Texas (Tr. Ct. No. 1-13-464). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Eduardo Cavendish d/b/a Vanguard Portable Solutions, Inc., pay all costs of this appeal.

RENDERED DECEMBER 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk